IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01417-WDM-PAC

MAVERICK RECORDING COMPANY, et al.,

    Plaintiffs,

v.

DOES 1-21,

    Defendants.

---

### NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

---

The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i). Accordingly, this case is dismissed without prejudice as to Doe defendants number 1 and numbers 3-21, each party to pay his or its own costs and attorneys' fees. This case remains pending against defendant Doe #2.

DATED at Denver, Colorado, on November 23, 2005.

                                            BY THE COURT:

                                            /s/ Walker D. Miller
                                            United States District Judge

PDF FINAL